PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. MALCOLM RUBEN WILLIAMS               Docket Number: 07-cr-00224-REB-01

**Petition on Supervised Release**

COMES NOW, Marcee Fox, probation officer of the court, presenting an official report upon the conduct and attitude of Malcolm Ruben Williams who was placed on supervision by the Honorable Robert E. Blackburn sitting in the court at Denver, Colorado, on the 9th day of November, 2007, who fixed the period of supervision at three years, and imposed the general terms and conditions, theretofore, adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

3. The defendant shall reside in a community corrections center for a period of up to 6 months, to commence on November 9, 2007, and shall observe the rules of that facility.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER a modification of the defendant's conditions of supervised release to include a condition that he reside in a residential reentry center for a period of up to 180 days, at the discretion of the probation officer, to commence on May 9, 2008, and shall observe the rules of that facility.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 15th day of April, 2008, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | S/Marcee Fox |
| | Marcee Fox<br>Senior Probation Officer |
| s/ Robert E. Blackburn | |
| Robert E. Blackburn<br>District Court Judge | Place: Denver, Colorado |
| | Date: April 15, 2008 |

**ATTACHMENT**

The term of supervised released commenced on November 9, 2007, and the defendant began residing at the residential reentry center for a period of up to six months. Although the defendant has been working, he has not been able to save enough money to obtain his own residence. He is, therefore, requesting that his stay at Independence House be extended until such time as he is able to become financially stable.

On April 5, 2008, and April 14, 2008, respectively, the defendant and his attorney executed a form entitled, "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervised release. Assistant United States Attorney, Joseph Mackey, has been consulted and has no objection to the proposed modification.